Opinion issued September 27, 2002










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00966-CV

____________


IN RE JAIME E. CASTANEDA, JR., Relator







Original Proceeding on Petition for Writ of Mandamus






O P I N I O N

 Relator, Jaime E. Castaneda, Jr., has filed a petition for writ of mandamus
complaining of Judge Motheral's (1) alleged August 30, 2002 order, changing temporary
custody of his daughter from relator to real party in interest Maria Castaneda, the
child's mother, pending a final decree in their pending divorce proceeding.

 We deny the petition for writ of mandamus. All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Radack.

Do not publish. Tex. R. App. P. 47.
1. The Honorable Linda Motheral, judge of the 257th District Court of Harris County. 
The underlying proceeding is trial court cause no. 2001-42708, styled In the Matter
of the Marriage of Maria Castanada and Jaime Castaneda and in the Interest of
Gabriela Castaneda and Jacob Castaneda, Children.